IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00322-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BENNIE RICHARD GORDON, JR.,

      Defendant.
_____

**ORDER**
_____

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **December 27, 2006** and responses to these motions shall be filed by **January 9, 2007**.  It is

      FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **January 17, 2007 at 4:00 p.m.**  It is

      FURTHER ORDERED that a 3-day jury trial is set for **January 29, 2007 at 9:00 a.m.**

      Dated:  November 27, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge