# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00322-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BENNIE RICHARD GORDON,

      Defendant.

## ORDER

PURSUANT to and in accordance with the Supervised Release Violation hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on July 31, 2012, it is hereby

ORDERED that Defendant Bennie Richard Gordon is sentenced to **TIME SERVED.**

Dated:  July 31, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE